UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BWP MEDIA USA, INC.<br><br>                                    Plaintiff,<br>               v.<br><br>MEDIAITE, LLC d/b/a ABRAMS MEDIA<br><br>                                    Defendant. | Case No. 13-cv-1606 (LGS)<br><br>**NOTICE OF APPEARANCE** |

To:    The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Plaintiff.

Date:   March 15, 2013                                           **SANDERS LAW, PLLC**

                                                              _____/s/_____
                                                                 Craig B. Sanders, Esq. (CS4163)
                                                              100 Garden City Plaza, Suite 500
                                                              Garden City, New York 11530
                                                              Telephone: (516) 203-7600
                                                              Facsimile: (516) 281-7601
                                                              csanders@sanderslawpllc.com
                                                              *Attorneys for Plaintiff*